UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY KING,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF ANTIOCH, et al.,<br><br>　　　　Defendants. | Case No. 20-cv-06535-AGT<br><br>**ORDER DENYING LEAVE TO FILE MOTION FOR RECONSIDERATION**<br><br>Re: Dkt. No. 30 |

Troy King's motion for leave to file a motion for reconsideration of the Court's June 7 order is denied. The motion for leave didn't persuade the Court that any of the permitted grounds for reconsideration is present. *See* Civil L.R. 7-9(b).

**IT IS SO ORDERED.**

Dated: June 28, 2021

ALEX G. TSE
United States Magistrate Judge